# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : Bankruptcy No. 18-13219-amc |
| Ron Johnson | : Chapter 13 |
|         Debtor | : |
| | : |
| MTGLQ Investors, LP c/o Rushmore Loan Management Services | : |
|         Movant | : |
|     vs. | : |
| | : |
| Ron Johnson | : |
|         Debtor/Respondent | : |
|     and | : |
| William C. Miller, Esquire | : |
|         Trustee/Respondent | : |

## **OBJECTION TO CONFIRMATION OF THE PLAN**

Movant, MTGLQ Investors, LP c/o Rushmore Loan Management Services ("Movant"), by its attorneys, Hladik, Onorato & Federman, LLP, objects to confirmation of the Chapter 13 Plan of Debtor, Ron Johnson ("Debtor"), as follows:

1. As of the bankruptcy filing date of May 14, 2018, Movant holds a secured Claim against the Debtor's property located at 4 Olympia Ave., New London, PA 19390.

2. On July 20, 2018 Movant filed a Proof of Claim citing a secured, total debt claim in the amount of $310,347.28.

3. The Plan currently proposes payment to Movant in the amount of $212,395.00 for the secured claim.

4. The Plan fails to cure the delinquency pursuant to 11 U.S.C. § 1322(b)(5).

5. The Plan violates of 11 USC § 1325(a)(5)(B)(ii) by not providing for Movant to receive the full value of its claim.

6. The Plan fails to indicate that the Debtor will be responsible for the payment of post-petition taxes and insurance payments which may come due.

7.     Movant objects to the feasibility of the Plan under 11 U.S.C. § 1325(a)(6). The Plan proposed by Debtor is not feasible. Movant requests that the bankruptcy case either be converted to a Chapter 7 or be dismissed pursuant to 11 U.S.C. § 1307.

WHEREFORE, Movant respectfully requests that this Honorable Court deny confirmation of the Debtor's Chaper 13 Plan.

Respectfully submitted,

Dated: 07/20/2018

s/Danielle Boyle-Ebersole, Esquire
Danielle Boyle-Ebersole, Esquire
Hladik, Onorato & Federman, LLP
298 Wissahickon Avenue
North Wales, PA 19454
Phone 215-855-9521/Fax 215-855-9121
debersole@hoflawgroup.com

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : Bankruptcy No. 18-13219-amc |
| Ron Johnson | : Chapter 13 |
|     Debtor | : |
| | : |
| MTGLQ Investors, LP c/o Rushmore Loan Management Services | : |
| | : |
|     Movant | : |
| vs. | : |
| | : |
| Ron Johnson | : |
|     Debtor/Respondent | : |
| and | : |
| William C. Miller, Esquire | : |
|     Trustee/Respondent | : |

## CERTIFICATE OF MAILING OF OBJECTION TO THE PROPOSED PLAN TO PARTIES IN INTEREST

I, Danielle Boyle-Ebersole, Esquire, attorney for MTGLQ Investors, LP c/o Rushmore Loan Management Services ("Movant"), certify that I served a copy of the attached Objection to the Plan to the parties below on 07/20/2018:

Lewis P Hannah, Esquire
Via ECF
*Attorney for Debtor*

Ron Johnson
33 Maple Street
Marcus Hook, PA 19061
Via First Class Mail
*Debtor*

William C. Miller, Esquire
Via ECF
*Trustee*

Date: 07/20/2018

Respectfully Submitted,
s/Danielle Boyle-Ebersole, Esquire
Danielle Boyle-Ebersole, Esquire
Hladik, Onorato & Federman, LLP
298 Wissahickon Avenue
North Wales, PA 19454
Phone 215-855-9521/Fax 215-855-9121
debersole@hoflawgroup.com