UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

IN RE:                                                          CASE NO.: 18-13219-amc
                                                                CHAPTER 13
Ron Johnson,

   Debtor.

_____/

### REQUEST FOR SERVICE OF NOTICES

**PLEASE TAKE NOTICE THAT,** on behalf of VAK M8 FUND, LLC ("Secured Creditor"), and pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned counsel and the following be added to the Court's Master Mailing List:

RAS CRANE, LLC
BANKRUPTCY DEPARTMENT
10700 ABBOTT'S BRIDGE ROAD, SUITE 170
DULUTH, GA 30097

RAS Crane, LLC
Authorized Agent for Secured Creditor
10700 Abbott's Bridge Road, Suite 170
Duluth, GA 30097
Telephone: 470-321-7112
Facsimile: 404-393-1425
By: /s/Kevin Buttery
Kevin Buttery, Esquire
Email: kbuttery@rascrane.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on July 24, 2018, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

LEWIS P. HANNAH & ASSOCIATES LLC
1315 WALNUT STREET
SUITE 1326
PHILADELPHIA, PA  19107

RON JOHNSON
33 MAPLE STREET
MARCUS HOOK, PA  19061

WILLIAM C. MILLER, ESQ.
CHAPTER 13 TRUSTEE
P.O. BOX 1229
PHILADELPHIA, PA  19105

U.S. TRUSTEE
833 CHESTNUT STREET
SUITE 500
PHILADELPHIA, PA  19107

RAS Crane, LLC
Authorized Agent for Secured Creditor
10700 Abbott's Bridge Road, Suite 170
Duluth, GA 30097
Telephone: 470-321-7112
Facsimile: 404-393-1425
By: /s/Kevin Buttery
Kevin Buttery, Esquire
Email: kbuttery@rascrane.com