# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 18-13219-AMC

RON  JOHNSON

33 MAPLE STREET

MARCUS HOOK, PA 19061

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

RON  JOHNSON

33 MAPLE STREET

MARCUS HOOK, PA 19061

Counsel for debtor(s), by electronic notice only.

LEWIS P HANNAH & ASSOCIATES LLC
1315 WALNUT ST
SUITE 1326
PHILADELPHIA, PA 19107-

Date: 8/2/2018

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee