UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

RON JOHNSON                                              Chapter 13

        Debtor                    Bankruptcy No. 18-13219-AMC

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

**AND NOW**, this ___11th___ day of ___September___, 2018, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

_____
Ashely M. Chan
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
LEWIS P HANNAH & ASSOCIATES LLC
1315 WALNUT ST
SUITE 1326
PHILADELPHIA, PA 19107-

Debtor:
RON  JOHNSON

33 MAPLE STREET

MARCUS HOOK, PA 19061