United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 18-13219-amc
Ron Johnson                                                             Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Stacey              Page 1 of 2              Date Rcvd: Sep 11, 2018
                              Form ID: pdf900           Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 13, 2018.
```
db         +Ron Johnson,    33 Maple Street,    Marcus Hook, PA 19061-4615
cr         +Specialized Loan Servicing LLC,    8742 Lucent Blvd Suite 300,    Highlands Ranch, CO 80129-2386
cr         +VAK M8 Fund, LLC,    Robertson, Anschutz & Schneid, P.L.,    6409 Congress Ave.suite # 100,
             Boca Raton, FL 33487-2853
14114828   +Deutsche Bank National Trust Co. Trustee (See 410),    c/o Specialized Loan Servicing LLC,
             8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
14113528   +MTGLQ Investors, LP,    15480 Laguna Canyon Road,    Suite 100,    Irvine, CA 92618-2132
14169019    MTGLQ Investors, LP,    c/o Rushmore Loan Management Services,
             P.O. Box 55004, Irvine, CA 92619
14113530   +PECO Energy,    2301 Market Street,    PO BOX 12778,    Philadelphia, PA 19134-0778
14170587   +Ras Crane, LLC,    Bankruptcy Department,    10700 Abbott's Bridge Road, Ste. 170,
             Duluth, GA 30097-8461
14113529   +Specialized Loan Service,    8742 Lucent Boulevard,    Suite 300,    Highland Ranch, Co 80129-2386
14167281   +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
             Highlands Ranch, Colorado 80129-2386
14169797    VAK M8 FUND LLC,    c/o Selene Finance, LP,    9990 Richmond Ave, Suite 400,
             South Houston, TX 77242
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg         E-mail/Text: megan.harper@phila.gov Sep 12 2018 02:05:12     City of Philadelphia,
             City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
             Philadelphia, PA 19102-1595
smg         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 12 2018 02:05:00
             Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
             Harrisburg, PA 17128-0946
smg        +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 12 2018 02:05:12     U.S. Attorney Office,
             c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14108662   +E-mail/Text: bankruptcy@cavps.com Sep 12 2018 02:05:10     Cavalry SPV I, LLC,
             500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
14162867   +E-mail/Text: bankruptcydpt@mcmcg.com Sep 12 2018 02:05:05     Midland Funding LLC,
             PO Box 2011,    Warren, MI 48090-2011
14165783   +E-mail/Text: JCAP_BNC_Notices@jcap.com Sep 12 2018 02:05:10     Premier Bankcard, Llc,
             Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
                                                                                              TOTAL: 6
```

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 13, 2018                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 11, 2018 at the address(es) listed below:
```
          DANIELLE   BOYLE-EBERSOLE    on behalf of Creditor    VAK M8 Fund, LLC debersole@hoflawgroup.com,
           bbleming@hoflawgroup.com
          DANIELLE   BOYLE-EBERSOLE    on behalf of Creditor    VAK M8 Fund, LLC c/o Selene Finance LP
           debersole@hoflawgroup.com,  bbleming@hoflawgroup.com
          DANIELLE   BOYLE-EBERSOLE    on behalf of Creditor    MTGLQ Investors, LP c/o Rushmore Loan
           Management Services debersole@hoflawgroup.com,  bbleming@hoflawgroup.com
          KEVIN G. MCDONALD    on behalf of Creditor    Deutsche Bank National Trust Company et al ...
           bkgroup@kmllawgroup.com
          KEVIN G. MCDONALD    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for
           Home Equity Mortgage Loan Asset-Backed Trust, Series INABS 2005-C, Home Equity Mortgage Loan
           Asset-Backed Certificates, Series INABS 2005-C bkgroup@kmllawgroup.com
          KEVIN M. BUTTERY    on behalf of Creditor    VAK M8 Fund, LLC bkyefile@rasflaw.com
```

```
District/off: 0313-2          User: Stacey             Page 2 of 2              Date Rcvd: Sep 11, 2018
                              Form ID: pdf900          Total Noticed: 17
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        LEWIS P. HANNAH    on behalf of Debtor Ron  Johnson lhannah969@aol.com,
         Lphcourtfilings@verizon.net
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                TOTAL: 9

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

RON  JOHNSON                                    Chapter 13

                    Debtor            Bankruptcy No. 18-13219-AMC

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

    **AND NOW**, this ___11th___ day of ___September___, 2018, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

    **ORDERED**, that any wage orders are hereby vacated.

_____
Ashely M. Chan
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
LEWIS P HANNAH & ASSOCIATES LLC
1315 WALNUT ST
SUITE 1326
PHILADELPHIA, PA 19107-


Debtor:
RON  JOHNSON

33 MAPLE STREET

MARCUS HOOK, PA 19061